United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 17-18211-MH
Daniel Covarubias                                                       Chapter 7
Jaqueline Marie Rodriguez Covarubias
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6         User: rcargillC           Page 1 of 1              Date Rcvd: Oct 02, 2017
                             Form ID: ccdn             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db/jdb         Daniel Covarubias,    Jaqueline Marie Rodriguez Covarubias,    6099 Riverside Avenue,
                 Rialto, CA   92377-4059

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2017 at the address(es) listed below:
              Randolph R Ramirez    on behalf of Joint Debtor Jaqueline Marie Rodriguez Covarubias
               randolph.ramirez@yourlegalneeds.net;r49965@notify.bestcase.com
              Randolph R Ramirez    on behalf of Debtor Daniel  Covarubias
               randolph.ramirez@yourlegalneeds.net;r49965@notify.bestcase.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                             TOTAL: 3

|  | **United States Bankruptcy Court**<br>**Central District of California** |
|---|---|
| In re:<br>Daniel Covarubias<br>Jaqueline Marie Rodriguez Covarubias<br>aka Jaqcueline M. Rodriguez, aka Jacqueline Rodriguez Covarubias | CHAPTER NO.: 7<br><br>CASE NO.: 6:17–bk–18211–MH |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Schedule J–2: Expenses for Separate Household of Debtor 2 (Joint Debtor) (Official Form 106J–2)
☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and FRBP 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4)
☑ Statement of Related Cases (LBR Form 1015–2) [Information required by LBR 1015–2]
☑ Disclosure of Compensation of Attorney for Debtor (Official Form 2030). [11 U.S.C. § 329; FRBP 2016(b)]
☑ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)
☑ Verification of Master Mailing List of Creditors [LBR 1007–1(a)] (LBR Form F1007–1)

**B.** Statement of Intention for Individuals Filing Under Chapter 7 (11 U.S.C. § 521(a)(2)(A)) [must be filed within 30 days from filing Petition (not required for corporations)] (Official Form 108)

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

      Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

      3420 Twelfth Street, Riverside, CA 92501–3819

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: September 29, 2017                For the Court
                                                               **Kathleen J. Campbell**
                                                                Clerk of Court